**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 53  
**IP Address:** 24.38.197.95  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2ED1A96F7829431F1D96731B80C610F70E313359<br>File Hash:<br>BE5F0CB48C55C8A8A1D5D30B965F8AACE56664852498817598BB757DB2300205 | 02/16/2024 23:50:13 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 2 | Info Hash: AF977503E3AB6C83B652439D642CBF571A7C28BF<br>File Hash:<br>254AE8922C4E7D2D03FD89F403AA3CD0468ACA7DC2EE00674AFFC243E199227A | 02/14/2024 18:53:54 | Blacked Raw | 09/20/2021 | 11/11/2021 | PA0002321298 |
| 3 | Info Hash: 2604C991D82D1D04D33C9A63E7B26263B90EF862<br>File Hash:<br>53E910CE971AB408A80FD937F193FBFAB39FC67A99B2546A71786D8BC415842C | 01/31/2024 03:52:39 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 4 | Info Hash: 4EC80B32D4C361315DB191A0190DF38B0F002C78<br>File Hash:<br>3283C1F9AC998294FD746EE1137D523F82CDDFB1B76F2BE09A83B49C47B9FA86 | 01/31/2024 03:51:44 | Vixen | 11/03/2023 | 11/14/2023 | PA0002439696 |
| 5 | Info Hash: EF5F94843ECD51D260C2E51EE50A57F1823B3AC4<br>File Hash:<br>F70DB6649DD0736E9B79A4934ACD75EDC3C9F184672C532D08E00452D356B890 | 01/31/2024 00:27:36 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 6 | Info Hash: 9F275AA52B9E1343D65B8FC854A85ECA472AB010<br>File Hash:<br>02381F24F3AC32527D7C1934D70E6D35EC2A7214CD280F76C290EE486DB33C1C | 01/31/2024 00:08:58 | TushyRaw | 01/30/2024 | 02/13/2024 | PA0002454780 |
| 7 | Info Hash: 31998932323960AC06DA622A7327C52CA10A4387<br>File Hash:<br>2E75ADA76E6B92F139262C51DEC21A2BD8E6FA4A717C5740A1992266155DA8EB | 01/23/2024 12:38:42 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 8 | Info Hash: 0EF3E500534B94F16E1B0F71CD46A4FEB8E6E52F<br>File Hash:<br>86F06D1123D41EC21120956E737E58D6623A08967C084405C02C615BBCAD1EE9 | 01/23/2024 11:58:41 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 9 | Info Hash: 613D677DC1C1000F1CB81DF492ACEEDB64AAE53A<br>File Hash:<br>8C6D0900908164279C29D183107EC9798B0AD0EFCC9BE53DF3FD4B46AD278BE3 | 01/15/2024 13:58:17 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 10 | Info Hash: 018721B4DE6BA03E068593406C1142220BF78DAC<br>File Hash:<br>48AADC0984A6C9BC90EC3C4CB7F8DFD83B0A3A3E359CAE2FA48BCFD2213B3A16 | 01/15/2024 13:42:15 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 11 | Info Hash: E48CB975423F413B731A7F87908AE64EB5F9EF40<br>File Hash:<br>C418B9C0E65D43A2378681CD6E0510FF2866559A057708ABB91294A6D7B8F22D | 01/14/2024 17:04:17 | Tushy | 10/08/2018 | 11/01/2018 | PA0002143422 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 14B10A509F9801CDB0F3A26FB468B879FA1052C7<br>File Hash: 7111B20609AC2DDD76A51E9E2F4910F0DFD86179DD930790BD97963AE5C365E0 | 01/14/2024 17:02:23 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 13 | Info Hash: 5BDB88CC053754321CAEA4B05A39407BC845578E<br>File Hash: DE1F8EC3EC978719ABB0F943520568E814376782984321B4923CC1CBA7C94749 | 01/14/2024 17:02:21 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 14 | Info Hash: 865E87960BFB516C38E81D475FBC1C761DA53463<br>File Hash: D8EDEB32F0586AC7EEFA4166411ABED80AA762CB87475641B3DFF692C9493290 | 01/08/2024 02:09:25 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 15 | Info Hash: 9C1F283F6C0964BE19763218D888EF5476D84CDB<br>File Hash: 7D64341FF164867AF944C0D0BCFEE36BF353738247E80ADBE376AA8F7711F8E7 | 01/06/2024 15:12:40 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 16 | Info Hash: F624164223BA5235FEF9CF1396F87ADDD306E7A0<br>File Hash: 366F581E2DAFCFA0D768E2DAD240FCC782E6CF935245362CCC095C109CAAFD68 | 01/06/2024 02:38:30 | Tushy | 12/31/2023 | 01/16/2024 | PA0002449508 |
| 17 | Info Hash: ABFC2EB108FE49907C02B4FFA57A5A387131FD35<br>File Hash: EE97D8C1D600D1779202054774DC13428C2B7F8C9BE66232A7A244D819AD6703 | 01/01/2024 05:36:27 | Blacked Raw | 10/16/2023 | 11/13/2023 | PA0002439580 |
| 18 | Info Hash: 92CB8CC2B1BF14E6326BE06B3295D66F0F3E0A2F<br>File Hash: BC1B8C60FECC7DECC2E30B086BCB4005635C93E9E654848D2455692ACD7CA8D4 | 12/28/2023 01:52:04 | Blacked Raw | 01/24/2023 | 01/27/2023 | PA0002393074 |
| 19 | Info Hash: 10976E0245DE5FFAD9208CA36265E2638FDC16A9<br>File Hash: 6340F2F1C4CA8BBCE26131EB044A02CC9AA0E4E7755B6715CB1F09202043D6B5 | 12/21/2023 13:06:23 | Tushy | 03/12/2023 | 04/07/2023 | PA0002405752 |
| 20 | Info Hash: B81C9C0A0574CF67B8A99A4C0C11CD4AD413BEAD<br>File Hash: 5EB604A7EA4E9045BE0A9EBC51CFAF3A4BCB5A09816A892EBEDF17543D5C2BD6 | 12/21/2023 12:54:18 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 21 | Info Hash: AB25EF96E6F72F546331A1CFFEF786A6CA92F532<br>File Hash: C1E47ADF8151CEB6F3EF0F0B531E91BED84A543E47B70C3565D26D2781376C75 | 12/20/2023 11:47:18 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 22 | Info Hash: 08F1931CDA9CECEB8E2B6583ED459D0EACBE7462<br>File Hash: DD5C9CD1006BC2CE462277F94DE8461C194489B743DC5C0834EC4928805EA751 | 12/20/2023 04:33:53 | Tushy | 04/30/2023 | 05/14/2023 | PA0002411311 |
| 23 | Info Hash: 7893B73F05BB92D5E88A0850D61A5AB82ADCE1C2<br>File Hash: 673F0A2FB466AE5EF02F801C737B8C9E110A8C4ED1FE1605D2F4DEEA9F417A52 | 12/19/2023 07:47:07 | Blacked Raw | 11/18/2017 | 01/02/2018 | PA0002068867 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E7048ACCFD395B2843D9205E162E25416DF1A0C6<br>File Hash: 4C7AE747AC7C7E037CC8B9E0180FC82CFCA282D9BF5133199C9ADFB3F40424C8 | 12/19/2023 07:45:13 | Blacked | 03/13/2021 | 03/22/2021 | PA0002282509 |
| 25 | Info Hash: BCC3B5E6F14CF091720FC5BB0304E26B2B01654A<br>File Hash: 8FF9CB594D4AF5958A7901BAA63BAB1A7B9896A12E5E947A428FE424AF19AF85 | 12/17/2023 22:00:52 | Blacked Raw | 10/04/2021 | 10/19/2021 | PA0002317056 |
| 26 | Info Hash: 16A3EDD1A807A0FD4BC30F242019FB7CAE545FBF<br>File Hash: 9508C5C37CBDD84AB0FAD50B2AF17ED138375552BA99BA87F9E601CE8880E57A | 12/17/2023 11:23:08 | Tushy | 11/14/2021 | 01/07/2022 | PA0002337916 |
| 27 | Info Hash: 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0<br>File Hash: 8A1A323D6C4C043B7BCD347E9251972CDCB448681EACFF6CB828C5935E3EC390 | 12/16/2023 22:38:32 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |
| 28 | Info Hash: 288BD3E82C0691E7CF799ED9B4984EE05FABA083<br>File Hash: A361F8BC13D5F5D22765CB5E00F61D076B4A03C138DCBD7B0E1B4A0898045A08 | 12/16/2023 03:48:39 | TushyRaw | 07/19/2023 | 08/17/2023 | PA0002425534 |
| 29 | Info Hash: 9401C28A24D4E1BCEB1D4A718A78DFC3B5FA35BF<br>File Hash: BDC3B4402F48D1F6C6FB0F57D049509BB8DED443A36877C9EBA77A4FA3A2AB7C | 12/15/2023 12:09:38 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 30 | Info Hash: 1C6D933D4FBEE158F69D58DE8D028888D550C739<br>File Hash: 095F87A30E0E62F47A74619A728487B9AD39AE0D639BAD8EA72648E6778B5692 | 11/16/2023 12:40:51 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 31 | Info Hash: EE602A570DC61A4FD2C10B86058DA7CDB3E87B5D<br>File Hash: 9E33E1211469C1CCFE157483A44E6FCA7DF8B905A2A9D9C6F8197CE468A725BC | 11/09/2023 23:37:35 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 32 | Info Hash: 4D0D44C87724FA27D5B296446AD94C4BF0010501<br>File Hash: 0B37CE81655412717193691542473040662B6D61FE1F959B7F22B44761E6CE84 | 11/07/2023 04:46:30 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 33 | Info Hash: D271F7E2BCBD8514956231E310972F25CB75FA55<br>File Hash: 88DD9D5F4E2BB3F39B00301A532EA093CCC0458A6A22981F98E2BFC43D63046B | 11/05/2023 20:32:03 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 34 | Info Hash: 90E9C9C44407A64919838189B7D14AEE78A26E7E<br>File Hash: 0F794CDE927B11DF7FBA406D5161E6986B1F586A83CE455EAEB66C5E921B1C6B | 10/29/2023 04:03:56 | Blacked Raw | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 35 | Info Hash: 38E0600912C82AC41BA1BA80FFDF80D386E8D412<br>File Hash: 27B2DD6B09CDB8EB54CD37E3DCA0D65AE547F21C0E0EC480AAAF22EEFBDEA9DF | 10/23/2023 22:44:50 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A2B5718BB1CAA00D0D665075430789678C3137E5<br>File Hash: C4491F8620011D39D4264B032B31E1E5B138812B6DFB79F78022EDB6FBDB50F9 | 10/21/2023 20:09:13 | Blacked Raw | 01/03/2022 | 01/17/2022 | PA0002330091 |
| 37 | Info Hash: CE4034F5B5C08E396B1E2BE1668C70656AB27B81<br>File Hash: 0407B3F5FC574A60455A32ABB28B169AC357E460C967631BCBDBD0E6742951C6 | 10/21/2023 20:08:18 | Blacked | 10/14/2023 | 11/13/2023 | PA0002439573 |
| 38 | Info Hash: A0ED5364592A92C8C9F1D95159AEE9EB2C24F4D9<br>File Hash: EE26753F42B174D6B938813C27CE04B2CB5B02906D628F96EF61A67513924990 | 10/14/2023 20:59:22 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |
| 39 | Info Hash: F91C59C6E04A926E5C039E40C8D2C693F491E336<br>File Hash: 82B97FF6266964E50AD4C183701854B0215741710DB49486BC7F8A545766CC2E | 10/14/2023 20:59:08 | Blacked Raw | 03/25/2023 | 04/07/2023 | PA0002405729 |
| 40 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash: D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 10/14/2023 20:58:57 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 41 | Info Hash: 5A4E073E87F38F2C0D42AA26B1476210E4539CCB<br>File Hash: 055B299D8922314759E8F8344246885D13F17AF5BE062CB7661B6CAC3D6C349E | 10/13/2023 22:26:47 | Blacked | 07/30/2023 | 08/17/2023 | PA0002425764 |
| 42 | Info Hash: 4BE723751355ED19575B82A00DF4BCC93E49854A<br>File Hash: 3084D19E524D59723143F7CC901FFD69A636BD2F2CCA7C453F5B8679AFAC4CAE | 10/13/2023 22:26:22 | Blacked Raw | 09/18/2023 | 10/18/2023 | PA0002435281 |
| 43 | Info Hash: 0144E36EBC942A96637933CEC171D252D68321E7<br>File Hash: 3846DACBCA04FD85BB1574EC02632FFD67CD28C6B78CDD0C718A6AE478C0CDDC | 10/13/2023 22:25:43 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 44 | Info Hash: 4E96DFAD0CA73BBFB80BA372661BC484B88A47F8<br>File Hash: E2BA0B9A3E9836F3B01D1EFEF9D7F33DEFF47F5A6DE4CE16A3E905E49771D1E1 | 10/10/2023 03:14:09 | Blacked Raw | 07/10/2023 | 07/13/2023 | PA0002420345 |
| 45 | Info Hash: 1075598D7410EE06BA3790F228EED3389F82492D<br>File Hash: 354FDDD35D22455C3F06B5FEA197E081A241F9F24B33CC73FCFD5016DCDDE2ED | 10/10/2023 03:13:17 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 46 | Info Hash: 90EBE03A5802179F3EC393462F91790C995749D7<br>File Hash: 493C7EBE1438ED95F25D6B00DCA9D0937DEFB2873E0BBA80377DDDF1A1639B4B | 10/10/2023 02:55:08 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 47 | Info Hash: 07E67BE388D71A80E890C9AED73D6B93FBB7EC82<br>File Hash: 3CC6461BB4E2CED5A2BAF587DE350F4FFD65C241D6797C506E7A673D2A35069D | 09/10/2023 00:43:51 | Blacked Raw | 04/18/2022 | 04/23/2022 | PA0002346421 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: CCB9E55E86A2B9DCA817559173CE152D89FEE149<br>File Hash: 4E474BFF18A07AB53426EF3C92839F50B199C4A94F789FCB7CC7611C2DA7C3D9 | 09/10/2023 00:37:29 | Blacked | 12/18/2021 | 01/17/2022 | PA0002330124 |
| 49 | Info Hash: BA30B53822ED234D66D8970D2A9644206D2575B6<br>File Hash: A08512E14D1F5C943AC430F8904BF348C18A546FBC52FE1B6A36D22A6D04A3D8 | 09/10/2023 00:36:02 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 50 | Info Hash: E845CE6EA6CA1AD41A7DA16BA94A93140CEB8D4B<br>File Hash: 39531E8B899812CD79908CF4CE5904927148B0D3AC04197D9D3192D837CB64F2 | 09/10/2023 00:35:59 | Blacked | 09/03/2022 | 11/01/2022 | PA0002378069 |
| 51 | Info Hash: 5DD366B0C00CDB1E7AF92D8A99C22F0C15365099<br>File Hash: D636606A8C59534B0E1209194404B32F95C1D7F6BD6ACB4FC4B452BE71856CE1 | 09/04/2023 02:52:45 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 52 | Info Hash: 4DCAFC0FFCBA6D1ED960241EBC5B00516BDF4D76<br>File Hash: A2D24E420BAA8D4C9CD86C31399BEE87660DD3259CA9AC5CCB636714F49F18E7 | 08/31/2023 01:41:31 | TushyRaw | 08/09/2023 | 08/17/2023 | PA0002425525 |
| 53 | Info Hash: C9C463928C427B0E5CDEBEA032C06E819F4507B6<br>File Hash: 737A6DD34CC7529967CD83144DBDF70FB7B513B27F4095149AB07AE01C806B38 | 08/28/2023 01:26:56 | Blacked Raw | 08/21/2023 | 09/17/2023 | PA0002430900 |